NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE: ONE LOVE BREWERY, LLC,**

*Appellant*

_____

2021-2327

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 88407202.

_____

**JUDGMENT**

_____

KEVIN CHARLES CAIN, Sulloway & Hollis, PLLC, Boston, MA, argued for appellant One Love Brewery, LLC.

MARY BETH WALKER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by PETER J. AYERS, THOMAS L. CASAGRANDE, CHRISTINA J. HIEBER, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 7, 2022          /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                    Clerk of Court